# United States District Court
## NORTHERN DISTRICT OF TEXAS
### DALLAS DIVISION

|  |  |  |
|---|---|---|
| ARTHUR ANDERSON, MANUEL RIVERA, and LARA SENA, individually and as representatives of a class of similarly situated persons, and on behalf of SOUTHWEST AIRLINES CO. RETIREMENT SAVINGS PLAN, THE SOUTHWEST AIRLINES CO. 401(k) PLAN, and THE SOUTHWEST AIRLINES CO. PROFITSHARING PLAN | § § § § § § § § § § § | |
| v. | § § | CIVIL ACTION NO. 3:25-CV-0214-S |
| SOUTHWEST AIRLINES CO., THE BOARD OF DIRECTORS OF SOUTHWEST AIRLINES CO., SOUTHWEST AIRLINES CO. RETIREMENT SAVINGS PLAN COMMITTEE, THE SOUTHWEST AIRLINES CO. PROFITSHARING/401(k) COMMITTEE, LORI WINTERS, and DOES 1-40 | § § § § § § § § § § § | |

## ORDER

Before the Court is Southwest's[1] Motion to Stay Proceedings Pending Interlocutory Appeal and a Decision by the U.S. Supreme Court in *Anderson v. Intel* ("Motion") [ECF No. 61] The Court has considered the Motion, Southwest's Memorandum of Law in Support of the Motion [ECF No. 62], Plaintiffs' Response and Memorandum of Law in Opposition to the Motion [ECF No. 64], the Reply in Support of the Motion [ECF No. 65], and the applicable law. The Court **GRANTS IN PART** the Motion.

---

[1] Southwest Airlines Co., the Board of Directors of Southwest Airlines Co., the Southwest Airlines Co. Retirement Savings Plan Committee, the Southwest Airlines Co. Profitsharing/401(k) Committee, and Lori Winters.

This case is **STAYED and ADMINISTRATIVELY CLOSED** pending resolution of *Anderson v. Intel Corp. Inv. Pol'y Comm.*, Case No. 25-498, currently before the Supreme Court of the United States, because a ruling may be determinative of whether Plaintiffs have stated a claim for relief in this case. The Court **ORDERS** that within two weeks after a decision by the Supreme Court, the parties shall file a notice advising the Court of same, along with supplemental briefing related to any motions pending before the Court that may be impacted by the *Intel* ruling.

**SO ORDERED.**

SIGNED June 10, 2026.

_____
**KAREN GREN SCHOLER**
**UNITED STATES DISTRICT JUDGE**

2